442 A.2d 343

Commonwealth v. Brown, Appellant.

Submitted April 20, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.

442 A.2d 344

Commonwealth v. Budd a/k/a Clark, Appellant.

Submitted May 6, 1981. Francis J. Pasquini, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The judgment of sentence is affirmed.